Simpson *v.* Montgomery Ward & Co., Appellant.

Argued September 25, 1950. Before DREW, C. J., STERN, STEARNE, JONES, LADNER and CHIDSEY, JJ.

*Lee C. McCandless,* for appellant.

*J. C. Brandon,* with him *Brandon & Brandon,* for appellee.

OPINION PER CURIAM, October 13, 1950:

The judgment is affirmed on the opinion of President Judge RHODES for the Superior Court.